FILED
CLERK, U.S. DISTRICT COURT
APR 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 04-00528 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| Jose Juan Ochoa, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. Calif. for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of alleged violations relate to

1    substance abuse

4    and/or

5  B.   (X)   The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c). This finding is based
on: prior criminal record; nature of violations alleged

    IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: 4/20/09

                                          CARLA M. WOEHRLE
                                       UNITES STATES MAGISTRATE JUDGE